

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00036-CV

| | | |
|---|---|---|
| TEXAS WORKFORCE COMMISSION, Appellant | § | On Appeal from the 236th District Court |
| | § | of Tarrant County (236-323502-21) |
| V. | § | January 24, 2024 |
| TWANA SEYMORE, Appellee | § | Amended Memorandum Opinion by Chief Justice Sudderth |

## AMENDED JUDGMENT

Because this court has issued an amended memorandum opinion, we withdraw our prior judgment dated December 7, 2023 and we substitute the following judgment in its place.

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court denying TWC's plea to the jurisdiction is reversed and we render a judgment dismissing with prejudice Twana Seymore's claims for failure to accommodate,

constructive discharge based on her disability, constructive discharge in retaliation for her EEOC complaint, and race-based discrimination.

It is further ordered that Seymore shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth